IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-Z-2153

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

BLUE SKY, INCORPORATED, OF ALAMOSA,
and SOUTHWAY CONSTRUCTION COMPANY,
INCORPORATED,

    Defendants.

**ORDER**

WHEREAS, on October 2, 1997, Plaintiff the United States of America ("United States") filed a Complaint against Defendants, Blue Sky Incorporated of Alamosa ("Blue Sky") and Southway Construction Company, Incorporated ("Southway") (collectively, the "Companies" or "Defendants"), alleging that Defendants violated Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), by discharging dredged or fill material into wetlands constituting waters of the United States at real property Defendant Blue Sky owns located in Alamosa, Colorado at Section 11, Township 37 North, Range 10 East (the "Southway/Blue Sky site") without United States Army Corps of Engineers' ("Corps") authorization under Section 404 of the Clean Water Act, 33 U.S.C. § 1344;

WHEREAS, on March 28, 2000, this Court entered a Consent Decree in this matter ordering the Companies to pay a civil penalty of $65,000 and to perform restoration and creation of wetlands at the Southway/Blue Sky site in Alamosa, Colorado;

WHEREAS, under Section XII of the Consent Decree, the Court retained jurisdiction over the matter in order to enforce the Consent Decree or resolve disputes;

WHEREAS, Defendants paid the required civil penalty within 30 days of entry of the Decree;

WHEREAS, paragraph 44 of the Consent Decree provides "[t]his Consent Decree shall terminate after Defendants provide written notice to the Corps that they have fully complied with the terms and conditions of this Consent Decree and the Corps accepts in writing that the Defendants have done so. Defendants' obligations under Paragraph 19 and Appendix A continue, and this Consent Decree shall not terminate, until such time as the Corps provides the certification specified in Paragraph 19;"

WHEREAS, paragraph 19 of the Consent Decree provides "[o]nce the wetlands restoration and creation projects are certified by the Corps as complete and successful as specified in Appendix A, Defendants shall have no further obligations to undertake any active wetland restoration or creation measures under this Consent Decree;"

WHEREAS, the Parties have informed the Court that on February 25, 2010, the Companies provided written notice to the Corps and the United States that the Companies have fully complied with the terms and conditions of the Consent Decree, in accordance with Paragraph 44 of the Consent Decree;

WHEREAS, the Parties have informed the Court that on January 19, 2011, the Corps provided written certification that the wetland restoration and creation project is complete and successful, in accordance with Paragraph 19 of the Consent Decree; and

WHEREAS, the United States and jointly filed on January 31, 2011 a Notice of Compliance with Consent Decree and Motion to Terminate Decree and Close File ("Notice and Motion") in this matter, notifying this Court of Defendants' compliance with the Consent Decree and requesting the Court to terminate the Consent Decree and close the file.

THEREFORE, the Court FINDS that the Consent Decree has been fully performed and satisfied, and the Court's jurisdiction in this matter has terminated; and ORDERS the Consent Decree is terminated and the Defendants have no further obligations thereunder, and the file is closed.

IT IS SO ORDERED.

Dated at Denver, Colorado, this 22 day of Feb, 2011.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court